IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CARECORPS MANAGEMENT | ) | CASE NO. 08-11728--DWH |
| COMPANY, LLC, *et al.*[1] | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DESIGNATION OF LIQUIDATION AGENT FOR CONSOLIDATED DEBTORS
AND FOR LIQUIDATED DEBTORS**

PLEASE TAKE NOTICE that, pursuant to the Joint Plan of Reorganization ("Joint Plan"), dated September 10, 2009 [Dkt. # 782], as may be amended by the Order Confirming the Joint Plan, the Official Committee of Unsecured Creditors (the "Committee") files this Designation of Liquidation Agent to give notice that Julie Moore of Shreffler Recovery Services, Inc. has been selected to be the Liquidation Agent for the Consolidated Debtors and for the Liquidated Debtors pursuant to the Joint Plan.

Dated:  December 16, 2009.

Respectfully submitted,

Official Committee of Unsecured Creditors

By:  */s Stephen W. Rosenblatt*
    Stephen W. Rosenblatt (MB No. 5676)

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
Telephone:  (601) 948-5711
steve.rosenblatt@butlersnow.com

---

[1] The Debtors are the following entities: Care Center of Aberdeen, Ltd.; Pillars of Aberdeen, LLC; Care Center of Louisville, Ltd.; Pillars of Louisville, LLC; Care Center of Laurel, Ltd; Pillars of Laurel, Ltd.; Care Center of Clinton, LLC; Care Center of Opelika, Inc.; Red Bay Care Center, Inc.; Vernon Care Center, Inc.; AirCorps Travel and Transportation, LLC; CareCorps Management Corporation; CareCorps Management Company, LLC.

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date served, via electronic transmission, a true and correct copy of the above and foregoing Motion and all parties on the Court's CM/ECF distribution list.

Dated: December 16, 2009.

*/s/ Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT

Jackson 4660009v1